# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2985
LT Case Nos. 2012-CF-032555-A
2012-CF-057952-A
2012-CF-039441-A
2012-CF-032556-A
2012-CF-039508-A
2012-CF-057954-A
2012-CF-032560-A
2012-CF-057955-A

_____

BOBBY NELSON, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Stephen G. Henderson, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

June 11, 2024

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____